# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LARRY J. LOCKWOOD, | CIVIL ACTION |
| Plaintiff, | Case No. 1:16-cv-09501-RMB-AMD |
| v. | Judge Renee Marie Bumb |
| LEWIS TREE SERVICE, INC., JOHN DOE PARTIES AND/OR BUSINESS ENTITIES (PLURAL 1-10) *jointly, severally and in the alternative*, | Magistrate Judge Ann Marie Donio |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the parties, that Plaintiff's Complaint and all claims by, between, and among the parties are dismissed with prejudice and without an award of attorneys' fees, costs, or expenses to any party.

| | |
|---|---|
| Kurkowski Law, LLC | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendants |
| | |
| By: */s/        Daniel Kurkowski* | By: */s/        Jessica Bocchinfuso* |
| Daniel M. Kurkowski. Esq. | Jessica M. Bocchinfuso, Esq. |
| | |
| Dated: April 24, 2017 | Dated: April 24, 2017 |